USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,                      :
                                                   :
              -against-                            :        17-CR-438 (VEC)
                                                   :        12-CR-298 (VEC)
    ESFRAIN SILVA,                                 :
                                                   :            ORDER
                              Defendant.           :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

      WHEREAS a conference in this case is scheduled for September 16, 2025; and

      WHEREAS the parties must submit a joint status report by September 9, 2025.

      IT IS HEREBY ORDERED that the conference is ADJOURNED to September 24, 2025

at 2:30 P.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street,

New York, New York, 10007.

**SO ORDERED.**

**Date:  June 23, 2025**
     **New York, NY**

                                            **VALERIE CAPRONI**
                                      **United States District Judge**