UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------  X
    UNITED STATES OF AMERICA,                  :
                                               :
         -against-                             :          17-CR-438 (VEC)
                                               :          12-CR-298 (VEC)
    ESFRAIN SILVA,                             :
                                               :             ORDER
                           Defendant.          :
------------------------------------------------------------  X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2026

VALERIE CAPRONI, United States District Judge:

The sentencing scheduled in the above-captioned case for Friday, February 23, 2026, at

1:45 p.m. is adjourned to **Friday, February 23, 2026, at 3:00 p.m.** in Courtroom 20C of the

Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  **January 20, 2026**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**