UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,   :

        -against-   :

ESFRAIN SILVA,   :

                  Defendant.   :

------------------------------------------------------------ X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:  1/20/2026 |

17-CR-438 (VEC)
12-CR-298 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      The sentencing in the above-captioned case, previously scheduled for February 23, 2026, is now scheduled for **Friday, January 23, 2026, at 3:00 p.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  **January 20, 2026**
      **New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**